**Victor VASQUEZ, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 04–3388.

United States Court of Appeals, Federal Circuit.

Sept. 3, 2004.

Nancy Kim, Principal Attorney, Todd M. Hughes, David M. Cohen, Department of Justice, of Counsel, Washington, DC, for Respondent.

Victor Vasquez, of Counsel, Denver, CO, for Petitioner.

**ORDER**

Order Vacated, See 2004 WL 2796364.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,